## Anonymous.

### (November Term, 1863.)

APPLICATION FOR REHEARING. An answer to a petition for a rehearing is not allowable.

MR. JOHN DOUGHERTY having presented a petition for a rehearing of this cause, Mr. GEORGE W. WALL inquired whether an answer to the petition could be filed.

Per CURIAM: It is not consistent with the uniform practice of this court to receive suggestions or to permit an answer to be filed to a petition for rehearing. Should a rehearing be granted, then both parties will be heard.

## MILLS *et al. v.* LOCKWOOD.

### (April Term, 1867.)

1. REHEARING — *extension of time.* The time for filing petitions for rehearing will be extended beyond the limit fixed by the rules of the court only under special circumstances, except by the consent of parties; that consent appearing in this case, the time was extended.

2. REHEARING — *suggestion of death of parties and revivor of the suit.* After the time for filing a petition for a rehearing had been extended, by consent of parties, counsel suggested the death of the appellee, and moved that the cause be revived against his representatives.

Per CURIAM: It is not necessary to consider that subject now; should a rehearing be granted, it would then be proper to make the representatives parties.